FILED: November 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4496
(1:25-dm-00007-MSN-WEF-1)
_____

IN THE MATTER OF THE SEARCH OF: UNDER SEAL

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 12/19/2025

Opening brief due: 12/19/2025

Response brief due: 01/09/2026

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk